IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02866-RTG

DIXON RODOLFO BRIONES-GARMENDIA,

      Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of
      Homeland Security,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United
      States,
TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the
      Director of U.S. Immigration and Customs Enforcement,
ROBERT HAGAN, in his official capacity as Field Office Director of the Denver Field
      Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal
      Operations, and
JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention
      Center,

      Respondents.

---

ORDER DISMISSING CASE

---

This matter is before the Court on the "Verified Amended Petition for Writ of

Habeas Corpus Under 28 U.S.C. § 2241, Administrative Procedure Act Claim, and

Request for Immediate Release or Bond/Joseph/Castanon-Nava/Casas-Castrillon

Persuasive Argument Hearing" (ECF No. 1) filed *pro se* by Petitioner. For the reasons

discussed below, the action will be dismissed as duplicative of another habeas corpus

action Petitioner has filed.

**Background**

Petitioner is a detainee at an immigration detention center in Aurora, Colorado.

On May 11, 2025, Petitioner submitted for filing a "Verified Amended Petition for Writ of

Habeas Corpus Under 28 U.S.C. § 2241, Administrative Procedure Act Claim, and Request for Immediate Release or Bond/Joseph/Castanon-Nava-Type Statutory Classification Hearing" and case number 26-cv-02052-RTG was opened. On May 13, 2026, Magistrate Judge Richard T. Gurley ordered Petitioner to cure certain deficiencies in case number 26-cv-02052-RTG. Specifically, Petitioner was ordered to file an amended pleading using the District of Colorado habeas corpus pleading form, and he was directed either to pay the filing fee or file a motion seeking leave to proceed *in forma pauperis*.

On May 21, 2026, Petitioner paid the filing in case number 26-cv-02052-RTG, and he submitted a copy of the "Verified Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, Administrative Procedure Act Claim, and Request for Immediate Release or Bond/Joseph/Castanon-Nava-Type Statutory Classification Hearing." On June 23, 2026, Magistrate Judge Gurley entered a Minute Order in case number 26-cv-02052-RTG giving Petitioner additional time to submit an amended pleading using the District of Colorado habeas corpus pleading form as previously directed.

On June 25, 2026, Petitioner submitted for filing as a new case a "Verified Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, Administrative Procedure Act Claim, and Request for Immediate Release or Bond/Joseph/Castanon-Nava/Casas-Castrillon Persuasive Argument Hearing" (ECF No. 1) and the instant action was opened. Petitioner also paid the filing fee for this new action. Although the pleading in this action is not identical to the pleading in case number 26-cv-02052-RTG,

2

Petitioner asserts the same claims against the same Respondents and seeks the same relief.

**Discussion**

"[G]enerally, a suit is duplicative if the claims, parties, and available relief do not significantly differ between the two actions." *Park v. TD Ameritrade Trust Co.*, 461 F. App'x 753, 755 (10th Cir. 2012) (quoting *Serlin v. Arthur Andersen & Co.*, 3 F.3d 221, 223 (7th Cir. 1993) (internal quotation marks omitted). A duplicative suit "may be dismissed for reasons of wise judicial administration." *Serlin*, 3 F.3d at 223 (quoting *Ridge Gold Standard Liquors v. Joseph E. Seagram*, 572 F. Supp. 1210, 1213 (N.D. Ill. 1983) (citing *Colorado River Water Conservation District v. United States*, 424 U.S. 800, 817 (1976)); *Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000) ("As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative of another federal court suit.")).

The claims, parties, and relief requested in this action are duplicative of the claims, parties, and relief requested in 26-cv-02052-RTG. To the extent a claim in this action somehow differs, Petitioner may raise the claim in the amended pleading he has been ordered to file in case number 26-cv-02052-RTG.

For these reasons, the instant action will be dismissed. The dismissal will be without prejudice. Accordingly, it is

ORDERED that the "Verified Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, Administrative Procedure Act Claim, and Request for Immediate Release or Bond/Joseph/Castanon-Nava/Casas-Castrillon Persuasive Argument

Hearing" (ECF No. 1) and the action are dismissed without prejudice as duplicative of case number 26-cv-02052-RTG.

DATED at Denver, Colorado, this __29th__ day of ____June____, 2026.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court